# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TAMMY KELLY,**

           **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:04-cv-1262-Orl-KRS**

**COMMISSIONER OF THE SOCIAL**
**SECURITY ADMINISTRATION,**

           **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **UNCONTESTED PETITION FOR AWARD OF ATTORNEY'S FEES, EXPENSES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT 28 U.S.C. § 2412 (Doc. No. 19)** |
| **FILED:** | **June 15, 2006** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

The plaintiff, Tammy Kelly, seeks an award of attorney's fees and expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. A final judgment reversing the decision below was entered on March 20, 2006. Doc. No. 18. An award of fees and expenses is, therefore, ripe for consideration.

Kelly's attorney seeks $2,476.41 in attorney's fees for 15.85 hours of work. Specifically, he seeks an hourly rate of $151.65 for work performed in 2004, $156.79 for work performed in 2005,

and $160.23 for work performed in 2006 pursuant to a provision in the EAJA that allows the Court to adjust the statutory hourly rate based on changes in the cost of living. The defendant, the Commissioner of Social Security, does not oppose these hourly rates or the number of hours worked. After reviewing the papers submitted by Kelly, I find that the fees requested are appropriate in the absence of objection.

Kelly also seeks reimbursement for $32.75 in expenses. The Commissioner does not oppose these expenses. I find that these expenses were necessarily incurred in the absence of objection.

It is, therefore, ORDERED that Kelly is awarded $2,476.41 in attorney's fees and $32.75 in expenses.

**DONE** and **ORDERED** in Orlando, Florida on June 19, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties